JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br>v.<br>SHOE CARE, INC.,<br><br>    Defendant. | Case No. CV-19-06089 AB (AFMx)<br><br>ORDER **DISMISSING** ACTION WITH PREJUDICE |

  Plaintiff has failed to file a First Amended Complaint by the deadline set forth in the Court's Order Granting Motion to Dismiss. *See* Dkt. No. 22. Accordingly, as stated therein, this action is hereby **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED.**

Dated: January 10, 2020   _____
                HONORABLE ANDRÉ BIROTTE JR.
                UNITED STATES DISTRICT COURT JUDGE